IN THE SUPREME COURT OF THE STATE OF DELAWARE

|  | § |  |
|---|---|---|
| JERRY REED, | § |  |
|  | § | No. 302, 2022 |
| Defendant-Below, Appellant, | § |  |
|  | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
|  | § |  |
| STATE OF DELAWARE, | § |  |
|  | § | ID No. 1809015387(S) |
| Appellee. | § |  |
|  | § |  |

Submitted: March 15, 2023
Decided: April 17, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, Justices and **NEWELL**, Chief Judge, constituting the Court *en Banc*.[1]

### **O R D E R**

This 17th day of April 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion and Order dated July 27, 2022;

NOW THEREFORE IT IS ORDERED that the decision and judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] Sitting by designation pursuant to Del. Const. Art. IV §§ 12 and 38 and Supreme Court Rules 2 and 4(a) to fill the quorum as required.